# Court of Appeals
# of the State of Georgia

ATLANTA,  July 14, 2022

*The Court of Appeals hereby passes the following order:*

## A22A1292. JERRY LEE THOMAS, III v. CITY OF HINESVILLE.

After the Municipal Court of Hinesville adjudicated Jerry Lee Thomas, III, guilty of a traffic offense, Thomas appealed to the superior court. The superior court affirmed, and Thomas filed this direct appeal. We lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions in traffic cases must be initiated by filing an application for discretionary appeal. See OCGA § 5-6-35 (a) (1), (b); *Brown v. City of Marietta*, 214 Ga. App. 840, 842 (1) (449 SE2d 540) (1994). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Thomas's failure to comply with the discretionary appeals procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
      Clerk's Office, Atlanta,  07/14/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen*
_____ , Clerk.